LIELLE ARAD (SBN 357818)
ARAD LAW, APC
27001 Agoura Road, Suite 350
Calabasas, California 91301
Tel: (310) 994-9858
Email: Lielle@aradlaw.com

Attorney for Defendant and Counter-Claimant
PROBIOTIV NATURALS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIOGAIA USA, LLC, a Missouri Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> PROBIOTIV NATURALS LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive. <br><br> Defendants. | CASE NO. 2:25−cv−03592−PA−MBK <br><br> Hon. Percy Anderson <br><br><br> **ORDER ON STIPULATION OF DISMISSAL OF ALL COUNTER-CLAIMS WITH PREJUDICE** |
| PROBIOTIV NATURALS LLC, a Delaware Limited Liability Company, <br><br> Cross-Complainant, <br><br> v. <br><br> BIOGAIA USA, LLC, a Missouri Limited Liability Company, <br><br> Cross-Defendant. | |

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ALL COUNTER-CLAIMS

The Court, having considered the Stipulation of Dismissal of All Counter-Claims With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED that:

1.  All counter-claims asserted by any party against any other party in this action are DISMISSED WITH PREJUDICE.

2.  Each party shall bear its own attorneys' fees and costs as to the dismissed counter-claims.

3.  This order does not affect any plaintiff's claims, any defendant's defenses, or any other claims not expressly identified as counter-claims.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
Percy Anderson
United States District Judge

1