IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGAIA USA, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>PROBIOTIV NATURALS LLC, et al.,<br><br>    Defendants. | Case No. CV 25-3592-PA-(MBKx)<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE**<br><br>Judge:  Hon. Percy Anderson |
| PROBIOTIV NATURALS, LLC,<br><br>    Counterclaimant,<br><br> v.<br><br>BIOGAIA USA, LLC, et al.,<br><br>    Counter-Defendants. | |

1

The Court, having reviewed the parties' stipulation of Dismissal of Plaintiff's Claims Without Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff BioGaia USA, LLC against Defendants in this action are dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 10, 2026.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2